**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-1320**

_____

In re:  GEORGE JEFFERSON, III, a/k/a Ace,

          Petitioner.

_____

On Petition for Writ of Mandamus
(No. 5:09-cr-00251-FL-1)

_____

Submitted:  April 18, 2013          Decided:  April 23, 2013

_____

Before WILKINSON, GREGORY, and DAVIS, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

George Jefferson, III, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

George Jefferson, III, petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his 28 U.S.C.A. § 2255 (West Supp. 2012) motion. He seeks an order from this court directing the district court to act. We find the present record does not reveal undue delay in the district court. Accordingly, we deny the mandamus petition. We grant permission to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED